IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Grays, Conell A | Case Number:  06 B 15153 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  11/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,835.00 | |
| Secured: | | 1,354.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,331.97 |
| Trustee Fee: | | 148.82 |
| Other Funds: | | 0.00 |
| Totals: | 2,835.00 | 2,835.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,331.97 |
| 2. | Westlake Financial Services | Secured | 7,120.40 | 1,354.21 |
| 3. | United Collection Bureau Inc | Unsecured | 22.20 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 524.00 | 0.00 |
| 6. | Galway Financial Service | Unsecured | 35.05 | 0.00 |
| 7. | Corporate America Family CU | Unsecured | 243.80 | 0.00 |
| 8. | West Side Emergency Physicians | Unsecured | 23.50 | 0.00 |
| 9. | Armor System Corporation | Unsecured | | No Claim Filed |
| 10. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 11. | RMI/MCSI | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Greater Suburban Acceptance Co | Unsecured | | No Claim Filed |
| 17. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 18. | Collection | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Sec & G Cred | Unsecured | | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Grays, Conell A | Case Number: 06 B 15153 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 11/17/06 |

| 26. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 10,477.95 | $ 2,686.18 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 34.12 |
| 5.4% | 114.70 |
| | _____ |
| | $ 148.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____